Joyce Ullman, Attorney
I.D. No. 12736
**LAW OFFICE OF JOYCE ULLMAN**
21 So. 12th Street
Philadelphia, PA 19107
215-751-1121/215-751-1063
joyceullman@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMETHA SIMPSON | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 2:12-cv-00352-AB |
| | : | |
| DELAWARE RIVER PORT AUTHORITY | : | |
| OF PENNSYLVANIA AND NEW JERSEY, et al. | : | |

NOTICE OF VOLUNTARY DISMISSAL

1.  **PLEASE TAKE NOTICE** that Plaintiff, Armetha Simpson, hereby voluntarily dismisses this action, with prejudice, as against all Defendants.

**LAW OFFICE OF JOYCE ULLMAN**

By: */s/Joyce Ullman*
**JOYCE ULLMAN**
**Attorney for Plaintiff**

Date: August 28, 2013

## CERTIFICATE OF SERVICE

I, Joyce Ullman, caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be filed electronically on the date below. The documents are available for viewing and downloading from the ECF system by, and were served via first-class mail on, the following counsel of record.

>Daniel R. Walworth, Esquire
>Duane Morris LLP
>30 South 17th Street – 5th Floor
>Philadelphia, PA 19103-4196

>*/s/ Joyce Ullman*
>**JOYCE ULLMAN, ESQUIRE**
>**LAW OFFICE OF JOYCE ULLMAN**
>21 So. 12th Street
>Philadelphia, PA 19107
>215-751-1121/215-751-1063
>joyceullman@aol.com
>Attorney for Plaintiff

DATE: August 28, 2013